UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR423-0069 |
| | ) | |
| v. | ) | 18 U.S.C. § 1361 |
| | ) | Damage to Government |
| TREAMON DOMINIC LACY | ) | Property |
| | ) | |
| | ) | 18 U.S.C. § 641 |
| | ) | Theft of Government Money, |
| | ) | Property, or Records |

## PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalty for the offense charged in the Indictment is as follows:

**Count 1:** Damage to Government Property
18 U.S.C. § 1361
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Count 2:** Theft of Government Money, Property, or Records
18 U.S.C. § 641
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment



Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
Illinois Bar No. 6321559