## USA v. Treamon Dominic Lacy
## 4:23-CR-69

## Index of Discovery #1 Produced on September 18, 2023 Via USAfx
## Bates Stamped USAO-1 through USAO-397

### *3rd ID Lobby Video Drop Folder (Not Bates Stamped)*
| Name |
| --- |
| video-20230710-152043-4d2ca0ff.mov |
| video-20230710-152254-afdeae78.mov |
| video-20230710-152438-9252a516.mov |
| video-20230710-152624-05400085.mov |
| video-20230710-152845-e75a4d3e.mov |

### *CCTV Building 1 Folder (Not Bates Stamped)*
| Name | | | |
| --- | --- | --- | --- |
| 📁 Archive 07-10-23 09.14.50 | 8/3/2023 11:26 AM | File folder | |
| 📁 ViconNet | 8/3/2023 11:25 AM | File folder | |
| 🔧 AutoRun.bat | 7/10/2023 11:16 AM | Windows Batch File | 1 KB |

### *Exhibit 1 - BFI & CSE\Enclosure A - Photographs of Scene & Shirt\Photograph of Shirt Folder*
| Name |
| --- |
| Evidence-Property Custody Document - Shirt.pdf |

### *Exhibit 1 - BFI & CSE\Enclosure A - Photographs of Scene & Shirt\Scene Photos Folder*
| Name |
| --- |
| DSC_0001.pdf |
| DSC_0002.pdf |
| DSC_0003.pdf |
| DSC_0004.pdf |
| DSC_0005.pdf |
| DSC_0006.pdf |
| DSC_0007.pdf |
| DSC_0008.pdf |
| DSC_0009.pdf |
| DSC_0010.pdf |
| DSC_0011.pdf |
| DSC_0012.pdf |
| DSC_0013.pdf |
| DSC_0014.pdf |

DSC_0015.pdf
DSC_0016.pdf
DSC_0017.pdf
DSC_0018.pdf
DSC_0019.pdf
DSC_0020.pdf
DSC_0021.pdf
DSC_0022.pdf
DSC_0023.pdf
DSC_0024.pdf
DSC_0025.pdf
DSC_0026.pdf
DSC_0027.pdf
DSC_0028.pdf
DSC_0029.pdf
DSC_0030.pdf
DSC_0031.pdf
DSC_0032.pdf
DSC_0033.pdf
DSC_0034.pdf
DSC_0035.pdf
DSC_0036.pdf
DSC_0037.pdf
DSC_0038.pdf
DSC_0039.pdf
DSC_0040.pdf
DSC_0041.pdf
DSC_0042.pdf
DSC_0043.MOV
DSC_0044.MOV
DSC_0045.pdf
DSC_0046.pdf
DSC_0047.pdf
DSC_0048.pdf
DSC_0049.pdf
DSC_0050.pdf
DSC_0051.pdf
DSC_0052.pdf
DSC_0053.pdf
DSC_0054.pdf
DSC_0055.pdf
DSC_0056.pdf
DSC_0057.pdf
DSC_0058.pdf

DSC_0059.pdf
DSC_0060.pdf
DSC_0061.pdf
DSC_0062.pdf
DSC_0063.pdf
DSC_0064.pdf
DSC_0065.pdf
DSC_0066.pdf
DSC_0067.pdf
DSC_0068.pdf
DSC_0069.pdf
DSC_0070.pdf
DSC_0071.pdf
DSC_0072.pdf
DSC_0073.pdf
DSC_0074.pdf
DSC_0075.pdf
DSC_0076.pdf
DSC_0077.pdf
DSC_0078.pdf
DSC_0079.pdf
DSC_0080.pdf
DSC_0081.pdf
DSC_0082.pdf
DSC_0083.pdf
DSC_0084.pdf
DSC_0085.pdf
DSC_0086.pdf
DSC_0087.pdf
DSC_0088.pdf
DSC_0089.pdf
DSC_0090.pdf
DSC_0091.pdf
DSC_0092.pdf
DSC_0093.pdf
DSC_0094.pdf
DSC_0095.pdf
DSC_0096.pdf
DSC_0097.pdf

*Exhibit 1 - BFI & CSE\Enclosure B - ECD for Shirt Folder*

| Name |
| --- |
| Photo of Shirt.pdf |

*Exhibit 1 - BFI & CSE\Enclosure C- ECD for Truck Folder*
Name
Evidence-Property Custody Document - Truck.pdf

*Exhibit 1 - BFI & CSE\Enclsoure D & E - Event Chronology Folder*
Name
Event Chronology Summaries.pdf

*Exhibit 1 - BFI & CSE Folder*
Name
Investigative Activity Note - Preliminary Investigation & Crime Scene.pdf

*Images of Vehicle Top Folder*
Name
image-20230710-155259-4503b33b.pdf
image-20230710-155301-29aa5750.pdf
image-20230710-155305-46079e21.pdf
image-20230710-155311-26cd0d36.pdf
image-20230710-155321-7946aed6.pdf
image-20230710-155328-ab2c57ce.pdf

*Interview of Alexis M. Rabsatt Folder*
Name
Investigative Activity Note - Interview of Alexis M. Rabsatt.pdf

*Interview of Avery J. Underwood Folder*
Name
Investigative Activity Note - Interview of Avery J. Underwood.pdf
Interview of Avery J. Underwood.mp4

*Interview of Gage P. Mullins Folder*
Name
Investigative Activity Note - Interview of Gage P. Mullins.pdf
Interview of Gage P. Mullins.wav

*Interview of Ty B. Matthews Folder*
Name
Investigative Activity Note - Interview of Ty B. Matthews.pdf
Interview of Ty B. Matthews.mp4

***Photographs of Motor Pool\DCIM\100D5600 Folder***

| Name |
|---|
| DSC_0001.pdf |
| DSC_0002.pdf |
| DSC_0003.pdf |
| DSC_0004.pdf |
| DSC_0005.pdf |
| DSC_0006.pdf |
| DSC_0007.pdf |
| DSC_0008.pdf |
| DSC_0009.pdf |
| DSC_0010.pdf |
| DSC_0011.pdf |
| DSC_0012.pdf |
| DSC_0013.pdf |
| DSC_0014.pdf |
| DSC_0015.pdf |
| DSC_0016.pdf |
| DSC_0017.pdf |
| DSC_0018.pdf |
| DSC_0019.pdf |
| DSC_0020.pdf |
| DSC_0021.pdf |
| DSC_0022.pdf |
| DSC_0023.pdf |
| DSC_0024.pdf |
| DSC_0025.pdf |
| DSC_0026.pdf |
| DSC_0027.pdf |
| DSC_0028.pdf |
| DSC_0029.pdf |
| DSC_0030.pdf |
| DSC_0031.pdf |
| DSC_0032.pdf |
| DSC_0033.pdf |
| DSC_0034.pdf |
| DSC_0035.pdf |
| DSC_0036.pdf |
| DSC_0037.pdf |
| DSC_0038.pdf |
| DSC_0039.pdf |

***Photographs of Motor Pool\NIKON\D5600 Folder***

| Name |
|---|
| DSC_0001.pdf |
| DSC_0002.pdf |
| DSC_0003.pdf |
| DSC_0004.pdf |
| DSC_0005.pdf |
| DSC_0006.pdf |
| DSC_0007.pdf |
| DSC_0008.pdf |
| DSC_0009.pdf |
| DSC_0010.pdf |
| DSC_0011.pdf |
| DSC_0012.pdf |
| DSC_0013.pdf |
| DSC_0014.pdf |
| DSC_0015.pdf |
| DSC_0016.pdf |
| DSC_0017.pdf |
| DSC_0018.pdf |
| DSC_0019.pdf |
| DSC_0020.pdf |
| DSC_0021.pdf |
| DSC_0022.pdf |
| DSC_0023.pdf |
| DSC_0024.pdf |
| DSC_0025.pdf |
| DSC_0026.pdf |
| DSC_0027.pdf |
| DSC_0028.pdf |
| DSC_0029.pdf |
| DSC_0030.pdf |
| DSC_0031.pdf |
| DSC_0032.pdf |
| DSC_0033.pdf |
| DSC_0034.pdf |
| DSC_0035.pdf |
| DSC_0036.pdf |
| DSC_0037.pdf |
| DSC_0038.pdf |
| DSC_0039.pdf |

*Scene & Evidence\Scene Photos Folder*

| Name |
|---|
| DSC_0001.pdf |
| DSC_0002.pdf |
| DSC_0003.pdf |
| DSC_0004.pdf |
| DSC_0005.pdf |
| DSC_0006.pdf |
| DSC_0007.pdf |
| DSC_0008.pdf |
| DSC_0009.pdf |
| DSC_0010.pdf |
| DSC_0011.pdf |
| DSC_0012.pdf |
| DSC_0013.pdf |
| DSC_0014.pdf |
| DSC_0015.pdf |
| DSC_0016.pdf |
| DSC_0017.pdf |
| DSC_0018.pdf |
| DSC_0019.pdf |
| DSC_0020.pdf |
| DSC_0021.pdf |
| DSC_0022.pdf |
| DSC_0023.pdf |
| DSC_0024.pdf |
| DSC_0025.pdf |
| DSC_0026.pdf |
| DSC_0027.pdf |
| DSC_0028.pdf |
| DSC_0029.pdf |
| DSC_0030.pdf |
| DSC_0031.pdf |
| DSC_0032.pdf |
| DSC_0033.pdf |
| DSC_0034.pdf |
| DSC_0035.pdf |
| DSC_0036.pdf |
| DSC_0037.pdf |
| DSC_0038.pdf |
| DSC_0039.pdf |
| DSC_0040.pdf |
| DSC_0041.pdf |
| DSC_0042.pdf |

DSC_0043.MOV
DSC_0044.MOV
DSC_0045.pdf
DSC_0046.pdf
DSC_0047.pdf
DSC_0048.pdf
DSC_0049.pdf
DSC_0050.pdf
DSC_0051.pdf
DSC_0052.pdf
DSC_0053.pdf
DSC_0054.pdf
DSC_0055.pdf
DSC_0056.pdf
DSC_0057.pdf
DSC_0058.pdf
DSC_0059.pdf
DSC_0060.pdf
DSC_0061.pdf
DSC_0062.pdf
DSC_0063.pdf
DSC_0064.pdf
DSC_0065.pdf
DSC_0066.pdf
DSC_0067.pdf
DSC_0068.pdf
DSC_0069.pdf
DSC_0070.pdf
DSC_0071.pdf
DSC_0072.pdf
DSC_0073.pdf
DSC_0074.pdf
DSC_0075.pdf
DSC_0076.pdf
DSC_0077.pdf
DSC_0078.pdf
DSC_0079.pdf
DSC_0080.pdf
DSC_0081.pdf
DSC_0082.pdf
DSC_0083.pdf
DSC_0084.pdf
DSC_0085.pdf
DSC_0086.pdf

DSC_0087.pdf
DSC_0088.pdf
DSC_0089.pdf
DSC_0090.pdf
DSC_0091.pdf
DSC_0092.pdf
DSC_0093.pdf
DSC_0094.pdf
DSC_0095.pdf
DSC_0096.pdf
DSC_0097.pdf

*Scene & Evidence\Scene Photos - 12 Jul 23 Folder*

| Name |
| --- |
| DSC_0001.pdf |
| DSC_0002.pdf |
| DSC_0003.pdf |
| DSC_0004.pdf |
| DSC_0005.pdf |
| DSC_0006.pdf |
| DSC_0007.pdf |
| DSC_0008.pdf |
| DSC_0009.pdf |
| DSC_0010.pdf |
| DSC_0011.pdf |
| DSC_0012.pdf |
| DSC_0013.pdf |
| DSC_0014.MOV |
| DSC_0015.pdf |
| DSC_0016.pdf |
| DSC_0017.pdf |
| DSC_0018.pdf |
| DSC_0019.pdf |
| DSC_0020.pdf |
| DSC_0021.pdf |
| DSC_0022.pdf |
| DSC_0023.pdf |
| DSC_0024.pdf |
| DSC_0025.MOV |
| DSC_0026.pdf |
| DSC_0027.pdf |
| DSC_0028.pdf |
| DSC_0029.pdf |
| DSC_0030.pdf |

DSC_0031.pdf
DSC_0032.pdf
DSC_0033.pdf
DSC_0034.pdf
DSC_0035.pdf
DSC_0036.pdf
DSC_0037.pdf
DSC_0038.pdf
DSC_0039.pdf

*Scene & Evidence Folder*

| Name |
|---|
| Evidence-Property Custody Document - Shirt.pdf |
| Investigative Activity Note - Evidence Submission.pdf |
| Investigative Activity Note - Scene Measurements, Photographs & Evidence Collection.pdf |
| Sketch - Route.pdf |
| Sketch.pdf |

*Sketches Folder*

| Name |
|---|
| Investigative Activity Note - Sketch by Alexis M. Rabsatt.pdf |
| Investigative Activity Note - Sketch by Avery J. Underwood.pdf |
| Sketch by Alexis M. Rabsatt.pdf |
| Sketch by Avery J. Underwood.pdf |

*PDF Documents*

| Name |
|---|
| Criminal History.pdf |
| Evidence-Property Custody Document – HMMWV.pdf |
| GJ Transcript 08.08.23.pdf |
| Investigative Activity Note - Affidavit for Lacy.pdf |
| Investigative Activity Note - BFI & CSE.pdf |
| Investigative Activity Note - Canvass.pdf |
| Investigative Activity Note - Escort & Collection of HMMWV.pdf |
| Investigative Activity Note - Evidence Submission.pdf |
| Investigative Activity Note - Groce BFI.pdf |
| Investigative Activity Note - Interview of Barbara Jordan.pdf |
| Investigative Activity Note - Interview of Family Members.pdf |
| Investigative Activity Note - Transport of Lacy.pdf |
| Investigative Activity Note - Interview of PFC Otoole.pdf |
| Investigative Activity Note - Interview of WO1 Carlson.pdf |
| Investigative Activity Note - Maint Records, MP Photos & Cost.pdf |

Investigative Activity Note - Maintenance Records of HMMWV, Canvass of Personnel & Photographs of Motorpool.pdf
Investigative Activity Note - Matthew Harnett - Gate 5 Inquiry.pdf
Investigative Activity Note - Matthew Harnett - Recovery of Vehicle.pdf
Investigative Activity Note - Matthew Harnett Interview Silvan Brissett.pdf
Investigative Activity Note - Reciept of Vehicle (HMMWV) Records.pdf
Investigative Activity Note - Transport of Lacy.pdf
Investigative Activity Note - Video Footage.pdf
Scene.pdf