IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 423-055 |
| | ) | |
| TREAMON DOMINIC LACY | ) | |

**O R D E R**

The government moves for a psychiatric evaluation of Defendant. Based on the evidence presented at the initial appearance, and for the reasons stated on the record, there is reasonable cause to believe Defendant may suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The Court **ORDERS** a mental examination pursuant to 18 U.S.C. § 4247, as authorized by 18 U.S.C. § 4241.  It is also appropriate that Defendant be evaluated pursuant to 18 U.S.C. § 4242 to determine the existence/non-existence of insanity at the time of the charged offenses.  Therefore, the Court **GRANTS** the request for a psychiatric examination, (doc. no. 9), and **ORDERS** a mental examination pursuant to 18 U.S.C. § 4247, as authorized by 18 U.S.C. §§ 4241 and 4242.  The examination shall be conducted as set forth below.

**IT IS HEREBY ORDERED** that Defendant Treamon Dominic Lacy be placed in a facility to be designated by the United States Bureau of Prisons to be examined as to his mental condition and to determine his sanity at the time of the alleged offenses pursuant to 18 U.S.C. §§ 4241 and 4242.  Defendant is also directed to cooperate and comply with all scheduled

appointments as deemed necessary by the psychiatrist and/or psychologist in order to complete the mental evaluation.

**IT IS FURTHER ORDERED** that the designated facility's examiners shall make a written report of their findings, pursuant to 18 U.S.C. § 4247, as soon as practicable to United States Magistrate Judge Christopher L. Ray, Southern District of Georgia, Post Office Box 8286, Savannah, Georgia 31412 (912-650-4180); with a copy to Special Assistant United States Attorney, Michael Z. Spitulnik, 22 Barnard Street, Suite 300, Savannah, Georgia 31401 (912-652-4422); and to defense counsel Troy A. Marsh, 34 Courtland Street, Statesboro, Georgia 30459 (912-764-7388).  The examiners shall prepare a report which shall include:

1. Defendant's history and present symptoms;

2. a description of the psychiatric, psychological, and medical tests that were employed and their results;

3. the examiners' findings; and

4. the examiners' opinions as to diagnosis, prognosis and

    (a) whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

    (b) whether Defendant was insane at the time of the offenses charged; that is, as a result of a severe mental disease or defect, whether Defendant was unable to appreciate the nature and quality or wrongfulness of his acts; and

    (c) whether Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility.

**IT IS FURTHER ORDERED** that Defendant be transported by the United States Marshal for the District Court to a suitable facility for the examination referred to above; and the Marshal is **ORDERED** to return Defendant following the examination.  The Court

**DIRECTS** the **CLERK** to serve a copy of this Order on the United States Marshal to ensure compliance therewith.

The Court **STAYS** all proceedings with respect to Defendant, including all pretrial deadlines, pending the mental examination. **IT IS FURTHER ORDERED** that the period of time required for transportation of Defendant to and from the designated facility, testing and evaluation of Defendant, preparation of the written report, and any resulting proceedings to determine the mental competency of Defendant, is excludable from calculation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(l)(A), (F).

The Clerk of Court shall not seal this Order.

SO ORDERED this 13th day of July, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA